**Order entered October 5, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01178-CR

### GEORGE GUO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00090-M**

### ORDER

Before the Court is appellant's September 30, 2020 fifth motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on November 2, 2020.

/s/ BILL PEDERSEN, III
   JUSTICE